## Deforest *v.* Swan.

Where the defendant, in an action of trespass, answered that he took the goods, as sheriff, by virtue of a writ of attachment, a copy of which was annexed to his answer; and where such writ appeared to have been materially defective; held, that a demurrer to the answer should be sustained.

*Appeal from Johnson District Court.*

*Opinion by* Greene, J.  An action of trespass by C. J. Swan against G. E. Deforest, for taking and carrying away goods. Defendant answered that he took the same as sheriff of Johnson county, by virtue of a writ of attachment, a copy of which he annexed to his answer. To this answer plaintiff demurred, and the court sustained the demurrer to so much of the answer as justified under the writ of attachment. Plaintiff recovered judgment. It is now contended that the court erred in sustaining the demurrer to this answer as amended. There appears to have been no exceptions taken to this ruling on the trial below, and consequently the objection should not now be entertained. But as counsel for appellee appears to waive this want of exception, we will decide the point presented. The writ of attachment under which defendant sought to justify, is so grossly deficient in substance, so entirely wanting in the essential elements of such a writ, that it could confer no authority upon an officer to take property. It does not state the cause of action, nor the name of the plaintiff, nor the facts and circumstances by which it was authorized. It is *prima facie* void, and could confer no power upon the officer.

It follows, therefore, that the court below ruled correctly.

Judgment affirmed.

*Wm. Penn Clarke,* for appellant.

*J. D. Templin,* for appellee.